**Opinion issued December 19, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00705-CV

————————————

## IN RE PARKE DUDLEY, INDIVIDUALLY AND D/B/A DUDLEY'S REMODELING, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Parke Dudley, individually and d/b/a Dudley's Remodeling, has filed

a petition for writ of mandamus seeking to compel the trial court to vacate its order

expunging a notice of lis pendens and to reinstate the notice of lis pendens.[1]

---

[1] The underlying case is *Carolyn Ann Krall v. Parke Dudley*, Cause No. 2019-17296, pending in the 55th District Court of Harris County, Texas, the Honorable Latosha Lewis Payne presiding.

We deny the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.